**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| LOCAL 25 S.E.I.U. WELFARE FUND, LOCAL 25 S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST,<br>                Plaintiffs,<br>v.<br>MIKE SMITH, individually and d/b/a SMITH MAINTENANCE CO.,<br>                Defendant. | Case Number:<br>FILED: JUNE 5, 2008<br>08 CV 3249  JH<br>JUDGE NORGLE<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### LOCAL 25 S.E.I.U. WELFARE FUND and LOCAL 25 S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST

| | |
|---|---|
| NAME (Type or print)<br>ROBERT B. GREENBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ Robert B. Greenberg | |
| FIRM<br>ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| STREET ADDRESS<br>200 West Jackson Boulevard, Suite 1900 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01047558 | TELEPHONE NUMBER<br>312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |