## United States District Court for the Northern District of Illinois

Case Number: 08CV3249            Assigned/Issued By: DAJ

Judge Name: NORGLE             Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*   ☑ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00            Receipt #: 2834366

Date Payment Rec'd: 06/05/08   Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

  1   Original and   0   copies on  06/05/08   as to  MIKE SMITH
                                    (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05