AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LOCAL 25 S.E.I.U. WELFARE FUND,
LOCAL 25 S.E.I.U. & PARTICIPATING
EMPLOYERS PENSION TRUST,
                Plaintiffs,

v.

MIKE SMITH, individually and d/b/a
SMITH MAINTENANCE CO.,
                Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 CV 3249

ASSIGNED JUDGE: JUDGE NORGLE

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

MIKE SMITH, individually and d/b/a SMITH MAINTENANCE CO.
205 West Randolph Street, Suite 1645
Chicago, Illinois 60606.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

M
*Jacquline Hollimon*
(By) DEPUTY CLERK
B

June 5, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 6-6-2008 |
| NAME OF SERVER (PRINT) Bernard Leflore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Mike Smiths receptionist Sylvia Salinas who agreed to accept summons for him.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-6-2008         Bernard Leflore
              Date              Signature of Server

                              200 W. Jackson suite 1900
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.